**SAO**
**SEAN D. COONEY, ESQ.**
NV Bar # 12945
**ADAM C. EDWARDS, ESQ.**
NV Bar # 15405
**CARMAN COONEY FORBUSH PLLC**
4045 Spencer Street Suite A47
Las Vegas, NV 89119
Telephone: (702) 421-0111
Facsimile: (702) 516-1033
service@ccfattorneys.com
Attorneys for Plaintiff
IDS Property Casualty Insurance Company

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IDS PROPERTY CASUALTY INSURANCE COMPANY, a Wisconsin Corporation<br><br>Plaintiff,<br><br>v.<br><br>KATLYN CUNNINGHAM, an Individual; DOES 1-10 and ROES 1-10<br><br>Defendants | Case No.:   2:20-cv-00209-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES AND CONTINUE TRIAL**<br><br>(*Second Request*) |

Plaintiff IDS Property Casualty Insurance Company, and Defendant Katlyn Cunningham, by and through their respective counsel of record, hereby stipulate and agree, according to LR 26-3, to continue the discovery dates in this matter and request that the court enter a new Discovery Scheduling Order containing said agreed-upon dates.

///

A.  **STATEMENT SPECIFYING THE DISCOVERY COMPLETED:**

The following discovery has been completed by the parties:

1. Plaintiff IDS Casualty Company's Initial Disclosures;

2. Defendant's Initial Disclosures;

3. Plaintiff IDS Casualty Company's requests for admissions to Defendant Cunningham and responses thereto;

4. Plaintiff IDS Casualty Company's requests for production of documents to Defendant Cunningham and responses thereto;

5. Plaintiff IDS Casualty Company's interrogatories to Defendant Cunningham and responses thereto;

6. Defendant's requests for admissions to Plaintiff IDS Casualty Company and responses thereto;

7. Defendant's requests for production of documents to Plaintiff IDS Casualty Company and responses thereto;

8. Defendant's interrogatories to Plaintiff IDS Casualty Company and responses thereto;

B.  **A SPECIFIC DESCRIPTION OF THE DISCOVERY THAT REMAINS TO BE COMPLETED:**

1. Deposition of Person most knowledgeable of Plaintiff IDS Casualty Company;

2. Deposition of Defendant Cunningham;

3. Plaintiff IDS Casualty Company's designation of expert witnesses;

4. Defendant Cunningham's designation of expert witnesses;

5. Deposition Plaintiff IDS Casualty Company's expert witnesses;

6. Deposition of Defendant Cunningham's expert witnesses;

7. Additional Supplemental Disclosures;

8. Any other related discovery deemed necessary.

**C.   THE REASONS WHY THE DISCOVERY REMAINING WAS NOT COMPLETED WITHIN THE TIME LIMITS SET BY THE DISCOVERY ORDER:**

For the entirety of the case to date, the COVID-19 pandemic and the associated lockdowns in the State of Nevada and elsewhere have made completing discovery unusually difficult. It has delayed getting the necessary information to complete responses to interrogatories and requests for production. It has also made completing depositions challenging, especially where plaintiff's personnel who handled the claim no longer work for plaintiff and reside outside the State of Nevada.

The parties are also in the midst of a meet and confer process over responses to discovery that include disclosing additional information are negotiation and entry of a stipulated protective order.

Finally, the parties are in the midst of settlement discussions and wish to avoid the cost of designating experts or the filing of dispositive motions. The parties anticipate the need for informal settlement discussions and, if they cannot resolve the matter, will seek a judicial settlement conference through the court.

**D.   A PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY:**

| Deadline | Old Cut-off | New Cut-off |
|---|---|---|
| Initial Expert Disclosures: | 02/14/2021 | **04/15/2021** |
| Rebuttal Expert Disclosure: | 03/16/2021 | **05/14/2021** |
| Amend Pleadings or Add Parties: | 01/14/2021 | **1/14/2021** |
| Close of Discovery: | 04/15/2021 | **06/14/2021** |
| Dispositive Motion Deadline: | 05/16/2021 | **07/14/2021** |

**SO, AGREED.**

DATED   February 8, 2021                             DATED   February 8, 2021

**CARMAN COONEY FORBUSH PLLC**                       **CLEAR COUNSEL LAW GROUP**

                                                     */s/Dustin Birch, Esq.*

SEAN D. COONEY, ESQ.                                 JARED R. RICHARDS, ESQ.
ADAM C. EDWARDS, ESQ.                                DUSTIN BIRCH, ESQ.
Attorneys for Plaintiff                              Attorneys for Defendant
IDS Property Casualty Insurance                      Katlyn Cunningham
Company

**ORDER**

Upon Stipulation by Counsel for the Parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the discovery deadline schedule shall be as follows:

| | |
|---|---|
| Initial Expert Disclosures: | **04/15/2021** |
| Rebuttal Expert Disclosure: | **05/14/2021** |
| Amend Pleadings or Add Parties: | **1/14/2021 (no change)** |
| Close of Discovery: | **06/14/2021** |
| Dispositive Motion Deadline: | **07/14/2021** |

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

Dated: 2-17-2021