**SEAN D. COONEY, ESQ.**
NV Bar # 12945
**ADAM C. EDWARDS, ESQ.**
NV Bar # 15405
**CARMAN COONEY FORBUSH PLLC**
4045 Spencer Street Suite A47
Las Vegas, NV 89119
Telephone: (702) 421-0111
Facsimile: (702) 516-1033
service@ccfattorneys.com
Attorneys for Plaintiff
IDS Property Casualty Insurance Company

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IDS PROPERTY CASUALTY INSURANCE COMPANY, a Wisconsin Corporation<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>KATLYN CUNNINGHAM, an Individual; DOES 1-10 and ROES 1-10<br><br>Defendants/Counter-Plaintiff | 2:20-cv-00209-JAD-VCF<br><br>**Order Granting Stipulation to Dismiss Claims With Prejudice, Vacating Settlement Conference, and Closing Case**<br><br>[ECF No. 21] |

**IT IS HEREBY STIPULATED AND AGREED** between Defendant Katlyn Cunningham and Plaintiff IDS Property Casualty Insurance Company by and through their respective counsel of record, that all claims asserted by the parties be dismissed with prejudice, each party to bear their own fees and costs.

It is further stipulated that all current hearings, deadlines, trial dates, and conferences on calendar shall be vacated.

| | |
|---|---|
| DATED   August 10, 2021 | DATED   August 10, 2021 |
| **CARMAN COONEY FORBUSH PLLC** | **CLEAR COUNSEL LAW GROUP** |
| *[signature]* | /s/ Dustin E. Birch |
| SEAN D. COONEY, ESQ.<br>ADAM C. EDWARDS, ESQ.<br>Attorneys for Plaintiff<br>IDS Property Casualty Insurance Company | DUSTIN E. BIRCH, ESQ.<br>JARED R. RICHARDS, ESQ.<br>Attorneys for Defendant<br>Katlyn Cunningham |

## ORDER

Based on the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that plaintiff/counter-defendant IDS Property Casualty Insurance Company and defendant/counter-plaintiff Katlyn Cunningham's stipulation **[ECF No. 21] is GRANTED.** All claims and counterclaims between the parties are **DISMISSED with prejudice** and with each party to bear its own fees and costs.

IT IS FURTHER ORDERED that the settlement conference scheduled for 10:00 a.m. on September 1, 2021, is VACATED.

The Clerk of Court is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 16, 2021